IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR BRADFORD COUNTY, FLORIDA
CIVIL DIVISION

CASE NO.:

JOHN COLLINS,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,
a foreign limited partnership,

    Defendant.

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, JOHN COLLINS, by and through his undersigned counsel, sues defendant, WAL-MART STORES EAST, LP, a foreign limited partnership, and alleges:

1. This is an action for damages that exceed $30,000.00 exclusive of interest, costs, and attorneys' fees.

2. At all times material hereto, plaintiff, JOHN COLLINS (hereinafter "Mr. Collins"), was a resident of Alachua County, Florida.

3. At all times material hereto, defendant, WAL-MART STORES EAST, LP, a foreign limited partnership (hereinafter "defendant"), was authorized to do business and doing business in Bradford County, Florida.

4. Defendant owns, operates, and/or maintains a Wal-Mart located at 14500 South Highway 301 in Starke, Florida (hereinafter referred to as "Wal-Mart").

5. On July 14, 2021, Mr. Collins was at Wal-Mart as an employee of Frito Lay.

6. On July 14, 2021, Mr. Collins was at Wal-Mart to deliver and stock various Frito Lay

products.

7. On July 14, 2021, Mr. Collins parked his delivery truck in an area designated by defendant.

8. On July 14, 2021, Mr. Collins used carts provided by defendant to move Frito Lay products from his delivery truck to Wal-Mart.

9. On July 14, 2021, while moving Frito Lay products with a cart provided by defendant, one of the wheels of the cart stuck in a hole in the pavement and tipped toward Mr. Collins.

10. On July 14, 2021, Mr. Collins caught the cart with his arm to prevent the cart from falling onto him.

11. On July 14, 2021, because of catching the cart, Mr. Collins sustained severe bodily injury, including an injury to his shoulder.

12. On July 14, 2021, the designated area for delivery trucks was unreasonably poorly lit.

13. On July 14, 2021, the carts provided by defendant were unreasonable for their intended use, particularly due to the ground on which the carts were used.

14. On July 14, 2021, the condition of the designated area for delivery trucks was unreasonably unsafe.

15. At the time Mr. Collins caught the cart, defendant owed Mr. Collins the following duties:

    a. To maintain the Wal-Mart, including the exterior, in a reasonably safe condition;

    b. To the extent it provided carts for use by vendors, to provide carts that were reasonably safe for the intended use.

    c. To warn vendors of unsafe conditions, including exterior unsafe conditions, at the Wal-Mart; and

    d. To correct unsafe conditions, including exterior unsafe conditions, at the Wal-Mart.

16. At the time Mr. Collins caught the cart, defendant negligently breached the duties it owed

Mr. Collins in the following ways:

    a. Negligently failing to maintain the Wal-Mart, including the exterior, in a reasonably safe condition;

    b. To the extent it provided carts for use by vendors, providing carts that were unreasonably dangerous for the intended use.

    c. Negligently failing to warn vendors of unsafe conditions, including exterior unsafe conditions, at the Wal-Mart; and

    d. Negligently failing to correct unsafe conditions, including exterior unsafe conditions, at the Wal-Mart.

17. As a direct and proximate result of the negligence of defendant, Mr. Collins sustained bodily injuries, incurred medical expenses for the treatment of his injuries, suffered and continues to suffer physical and psychological pain, and incurred loss of wages and loss of wage-earning capacity.

WHEREFORE, Mr. Collins demands judgment against defendant for damages that exceed thirty thousand dollars ($30,000), exclusive of interest, costs, and attorneys' fees.

## DEMAND FOR JURY TRIAL

Mr. Collins demands a trial by jury against defendant on all issues so triable.

DATED December 1, 2022.

                **ALLEN LAW FIRM, P.A.**

                **/s/ David Carlson**
                William T. Allen, Jr., Esq.
                Florida Bar No. 950180
                Steven M. Brady, Esq.
                Florida Bar No.: 749516
                David Carlson, Esq.
                Florida Bar No.: 124058
                2550 S.W. 76th Street
                Suite 150
                Gainesville, Florida 32608
                Phone: (352) 331-6789
                Fax: (352) 331-6785
                Primary email:     service@allenlaw.com
                Secondary email:  melissa@allenlaw.com
                Attorneys for Plaintiff